## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SHAWALI KHAN,

      Petitioner,

          v.

BARACK OBAMA, et al.,

      Respondents.

Civil Action No.  08-1101 (JDB)

### ORDER

Upon consideration of [247] Respondents' Unopposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 899, and a review of that proposed public factual return, it is hereby **ORDERED** that Respondents' motion is **GRANTED**.  The information identified by Respondents with green or gray highlighting in the version of the factual return submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in gray or green in the proposed public version submitted to the Court has been redacted.

      **SO ORDERED**.

                                      _____/s/_____
                                          JOHN D. BATES
                                    United States District Judge

Date:  <u>March 21, 2012</u>